# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DONALD ANDERSON,

      Appellant,

v.

                                        Case No.  5D22-2159
                                        LT Case No. 2005-CF-3218

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 29, 2022

3.850 Appeal from the Circuit Court
for Seminole County,
Melissa Souto, Judge.

Donald Anderson, Sanford, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., WALLIS and EISNAUGLE, JJ., concur.